E. E. WEST, AND W. J. HILDEBRANDT, *Plaintiffs in Error,*
*v.* THE STATE OF FLORIDA, *Defendant in Error.*

## CASE NO. 4.

Opinion filed March 5, 1918.

Writ of Error to Circuit Court for Duval County,
Daniel A. Simmons, Judge.

*R. B. MacDonnell,* and *Axtell & Rinehart,* (Jacksonville), Attorneys for Plaintiffs in Error;

*T. F. West,* Attorney General, and *C. O. Andrews,*
Assistant Attorney General (Tallahassee), Attorneys for
the Defendant in Error.

WILSON, Circuit Judge—This case is exactly the same
in every respect as the case of E. E. West and W. J.
Hildebrandt vs State of Florida, which is designated as
case number one, and which has just been decided by this
Court affirming the judgment of the court below.

The questions involved, both in law and fact, being
precisely the same as those involved in said case number
one, the judgment in this case is hereby affirmed at the
cost of the plaintiffs in error.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS,
J. J., concur.

WEST, J., disqualified.